## Mrs. George G. WESTFELDT, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### No. 6261.

Circuit Court of Appeals, Fifth Circuit.

March 13, 1933.

Monte M. Lemann and Nicholas Callan, both of New Orleans, La., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., Sewall Key and John MacC. Hudson, Sp. Assts. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Frank M. Thompson, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

SIBLEY, Circuit Judge.

The question in this case is identical with that in George G. Westfeldt v. Commissioner of Internal Revenue (C. C. A.) 63 F. (2d) 882, this day decided. Upon the authority of that case, the petition for review of the decision of the Board of Tax Appeals in this case is denied.